Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  21−14067−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  James Troy III
  aka Jim Troy III
  321 Whethersfield Dr
  Glassboro, NJ 08028−9640

Social Security No.:
  xxx−xx−6295

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 28, 2021.

Dated: October 28, 2021
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 21-14067-ABA

James Troy, III                                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                    User: admin                                         Page 1 of 3

Date Rcvd: Oct 28, 2021                          Form ID: plncf13                              Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | James Troy, III, 321 Whethersfield Dr, Glassboro, NJ 08028-9640 |
| 519213023 | | Atlantic Capital Bank, Attn: Bankruptcy, PO Box 550889, Atlanta, GA 30355-3389 |
| 519213024 | + | Atlantic Capital Bank, 515 Congress Ave, Austin, TX 78701-3557 |
| 519213026 | | Carmax Auto Finance, 225 Chastain Meadows Ct NW, Kennesaw, GA 30144-5897 |
| 519213025 | | Carmax Auto Finance, Attn: Bankruptcy, PO Box 440609, Kennesaw, GA 30160-9511 |
| 519213028 | | Child Support Enforcement Services, PO Box 976, Trenton, NJ 08625-0976 |
| 519213033 | | Heather Shultzman, 44405 Country Club Rd, Morehead City, NC 28557 |
| 519213034 | | Jefferson health Systems, 111 S 11th St, Philadelphia, PA 19107-4824 |
| 519213035 | + | Lendingpoint LLC, 1201 Roberts Blvd NW, Kennesaw, GA 30144-3612 |
| 519213036 | | Lendingpoint LLC., 1201 Roberts Blvd NW Ste 200, Kennesaw, GA 30144-3612 |
| 519213038 | | Nj Urology, 10 Parsonage Rd Ste 118, Edison, NJ 08837-2429 |
| 519272050 | | Public Storage, 550 Woodbury Glassboro Road, Sewell, NJ 08080-4558 |
| 519253885 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519213042 | | Rocket mortgage, 1274 Library St Fl 2, Detroit, MI 48226-2256 |
| 519261043 | + | SunTrust Bank now Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 519213043 | + | Suntrust Bank, Attn: Bankruptcy MC VA-RVW_6290, PO Box 85092, Richmond, VA 23285-5092 |
| 519213044 | | Susan Lovenduski, 2001 W Princeton Cir Apt 421, Broken Arrow, OK 74012-5172 |
| 519213051 | | Target, c/o Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 519213052 | | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Oct 28 2021 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 28 2021 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519213027 | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2021 20:46:40 | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519213029 | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2021 20:47:01 | Citibank North America, Citibank SD MC, 425 5800 South Corp Pl, Sioux Falls, SD 57101 |
| 519264108 | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2021 20:46:51 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519213030 | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 28 2021 20:39:00 | Credit Collectio Services, 725 Canton St, Norwood, MA 02062-2679 |
| 519213031 | Email/PDF: creditonebknotifications@resurgent.com | Oct 28 2021 20:46:50 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519213032 | Email/PDF: creditonebknotifications@resurgent.com | Oct 28 2021 20:46:39 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 28, 2021 | Form ID: plncf13 | Total Noticed: 44 |

| | | | |
|---|---|---|---|
| 519265964 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Oct 28 2021 20:46:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519213037 | | Email/Text: bankruptcy@lightstream.com | |
| | | Oct 28 2021 20:39:00 | Lightstream, 303 Peachtree St NE, Atlanta, GA 30308-3201 |
| 519213039 | | Email/PDF: cbp@onemainfinancial.com | |
| | | Oct 28 2021 20:46:48 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 519213040 | | Email/PDF: cbp@onemainfinancial.com | |
| | | Oct 28 2021 20:46:38 | Onemain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 519269123 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Oct 28 2021 20:47:00 | Portfolio Recovery Associates, LLC, c/o AMAZON, POB 41067, Norfolk, VA 23541 |
| 519269122 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Oct 28 2021 20:46:49 | Portfolio Recovery Associates, LLC, c/o LOWES, POB 41067, Norfolk, VA 23541 |
| 519269120 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Oct 28 2021 20:46:39 | Portfolio Recovery Associates, LLC, c/o PAYPAL, POB 41067, Norfolk, VA 23541 |
| 519268333 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Oct 28 2021 20:39:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519213045 | | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 28 2021 20:46:39 | Syncb/amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 519213046 | | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 28 2021 20:46:59 | Syncb/lowes, PO Box 956005, Orlando, FL 32801 |
| 519213047 | | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 28 2021 20:46:39 | Syncb/ppmc, PO Box 965005, Orlando, FL 32896-5005 |
| 519214900 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 28 2021 20:46:48 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519213048 | | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 28 2021 20:46:49 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519213049 | | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 28 2021 20:46:49 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 519213050 | | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 28 2021 20:46:39 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519235452 | + | Email/Text: bncmail@w-legal.com | |
| | | Oct 28 2021 20:39:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519263549 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | |
| | | Oct 28 2021 20:47:01 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519213041 | ## | Pro Co, PO Box 2462, Aston, PA 19014-0462 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0312-1                          User: admin                                    Page 3 of 3
Date Rcvd: Oct 28, 2021                       Form ID: plncf13                               Total Noticed: 44

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


Date: Oct 30, 2021                    Signature:        /s/Joseph Speetjens


# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2021 at the address(es) listed
below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Quicken Loans  LLC rsolarz@kmllawgroup.com |
| Ronald E. Norman | on behalf of Debtor James Troy  III rnorman@rnormanlaw.com, ekonecsny@rnormanlaw.com;dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5