<table>
<tr><td colspan="2"><strong>Information to identify the case:</strong></td></tr>
</table>

| | | |
|---|---|---|
| Debtor 1 | James Troy III | Social Security number or ITIN   xxx–xx–6295 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 21–14067–ABA | |

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James Troy III
aka Jim Troy III

7/16/26

**By the court:** Andrew B. Altenburg Jr.
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Form 3180W                    **Chapter 13 Discharge**                    page 2

United States Bankruptcy Court

District of New Jersey

In re:                                                                      Case No. 21-14067-ABA

James Troy, III                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                          Page 1 of 3

Date Rcvd: Jul 16, 2026                       Form ID: 3180W                       Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | | James Troy, III, 321 Whethersfield Dr, Glassboro, NJ 08028-9640 |
| 519213028 | | Child Support Enforcement Services, PO Box 976, Trenton, NJ 08625-0976 |
| 519213030 | | Credit Collectio Services, 725 Canton St, Norwood, MA 02062-2679 |
| 519213033 | | Heather Shultzman, 44405 Country Club Rd, Morehead City, NC 28557 |
| 519213034 | + | Jefferson health Systems, 111 S 11th St, Philadelphia, PA 19107-4870 |
| 519213038 | | Nj Urology, 10 Parsonage Rd Ste 118, Edison, NJ 08837-2429 |
| 519213041 | | Pro Co, PO Box 2462, Aston, PA 19014-0462 |
| 519272050 | | Public Storage, 550 Woodbury Glassboro Road, Sewell, NJ 08080-4558 |
| 519213042 | | Rocket mortgage, 1274 Library St Fl 2, Detroit, MI 48226-2256 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 16 2026 21:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 16 2026 21:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519213023 | ^ | MEBN | Jul 16 2026 21:46:50 | Atlantic Capital Bank, Attn: Bankruptcy, PO Box 550889, Atlanta, GA 30355-3389 |
| 519213026 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jul 16 2026 21:55:00 | Carmax Auto Finance, 225 Chastain Meadows Ct NW, Kennesaw, GA 30144-5897 |
| 519213025 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jul 16 2026 21:55:00 | Carmax Auto Finance, Attn: Bankruptcy, PO Box 440609, Kennesaw, GA 30160-9511 |
| 519213027 | | EDI: CITICORP | Jul 17 2026 01:20:00 | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519213029 | | EDI: CITICORP | Jul 17 2026 01:20:00 | Citibank North America, Citibank SD MC, 425 5800 South Corp Pl, Sioux Falls, SD 57101 |
| 519264108 | | EDI: CITICORP | Jul 17 2026 01:20:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519213031 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 16 2026 21:58:22 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519213032 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 16 2026 21:58:13 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 519213035 | | Email/Text: Bkynotices@lendingpoint.com | Jul 16 2026 21:56:00 | Lendingpoint LLC, 1201 Roberts Blvd NW, Kennesaw, GA 30144-3693 |
| 519213036 | | Email/Text: Bkynotices@lendingpoint.com | | |

District/off: 0312-1                          User: admin                                    Page 2 of 3

Date Rcvd: Jul 16, 2026                       Form ID: 3180W                                 Total Noticed: 46

| | | | |
|---|---|---|---|
| | | Jul 16 2026 21:56:00 | Lendingpoint LLC., 1201 Roberts Blvd NW Ste 200, Kennesaw, GA 30144-3612 |
| 519265964 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jul 16 2026 21:58:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519213037 | + Email/Text: bankruptcy@lightstream.com | | |
| | | Jul 16 2026 21:57:00 | Lightstream, 303 Peachtree St NE, Atlanta, GA 30308-3253 |
| 519213039 | EDI: AGFINANCE.COM | | |
| | | Jul 17 2026 01:20:00 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 519213040 | EDI: AGFINANCE.COM | | |
| | | Jul 17 2026 01:20:00 | Onemain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 519492460 | EDI: PRA.COM | | |
| | | Jul 17 2026 01:20:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519492461 | EDI: PRA.COM | | |
| | | Jul 17 2026 01:20:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519269123 | EDI: PRA.COM | | |
| | | Jul 17 2026 01:20:00 | Portfolio Recovery Associates, LLC, c/o AMAZON, POB 41067, Norfolk, VA 23541 |
| 519269122 | EDI: PRA.COM | | |
| | | Jul 17 2026 01:20:00 | Portfolio Recovery Associates, LLC, c/o LOWES, POB 41067, Norfolk, VA 23541 |
| 519269120 | EDI: PRA.COM | | |
| | | Jul 17 2026 01:20:00 | Portfolio Recovery Associates, LLC, c/o PAYPAL, POB 41067, Norfolk, VA 23541 |
| 519268333 | EDI: Q3G.COM | | |
| | | Jul 17 2026 01:20:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519253885 | + Email/Text: bankruptcyteam@rocketmortgage.com | | |
| | | Jul 16 2026 21:56:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519213024 | Email/Text: bankruptcy@self.inc | | |
| | | Jul 16 2026 21:55:00 | Atlantic Capital Bank, 515 Congress Ave, Austin, TX 78701-3504 |
| 519261043 | + Email/Text: bankruptcy@bbandt.com | | |
| | | Jul 16 2026 21:56:00 | SunTrust Bank now Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 519213043 | + Email/Text: bankruptcy@bbandt.com | | |
| | | Jul 16 2026 21:56:00 | Suntrust Bank, Attn: Bankruptcy MC VA-RVW_6290, PO Box 85092, Richmond, VA 23285-5092 |
| 519213045 | EDI: SYNC | | |
| | | Jul 17 2026 01:20:00 | Syncb/amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 519213046 | EDI: SYNC | | |
| | | Jul 17 2026 01:20:00 | Syncb/lowes, PO Box 956005, Orlando, FL 32801 |
| 519213047 | EDI: SYNC | | |
| | | Jul 17 2026 01:20:00 | Syncb/ppmc, PO Box 965005, Orlando, FL 32896-5005 |
| 519214900 | + EDI: PRA.COM | | |
| | | Jul 17 2026 01:20:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519213048 | EDI: SYNC | | |
| | | Jul 17 2026 01:20:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519213049 | EDI: SYNC | | |
| | | Jul 17 2026 01:20:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 519213050 | EDI: SYNC | | |
| | | Jul 17 2026 01:20:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519235452 | + Email/Text: bncmail@w-legal.com | | |
| | | Jul 16 2026 21:56:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519213051 | EDI: WTRRNBANK.COM | | |
| | | Jul 17 2026 01:20:00 | Target, c/o Financial & Retail Services Mailstop, |

District/off: 0312-1

User: admin

Page 3 of 3

Date Rcvd: Jul 16, 2026

Form ID: 3180W

Total Noticed: 46

| | | | PO Box 9475, Minneapolis, MN 55440-9475 |
|---|---|---|---|
| 519213052 | EDI: WTRRNBANK.COM | | |
| | | Jul 17 2026 01:20:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 519263549 | + EDI: AIS.COM | | |
| | | Jul 17 2026 01:20:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 37

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519354742 | ##+ | Heather B. Davis, 4405 Country Club Rd., Morehead City, NC 28557-6213 |
| 519213044 | ## | Susan Lovenduski, 2001 W Princeton Cir Apt 421, Broken Arrow, OK 74012-5172 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2026

Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Matthew K. Fissel | on behalf of Creditor Quicken Loans  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Ronald E. Norman | on behalf of Debtor James Troy  III rnorman@rnormanlaw.com, ekonecsny@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com;norman.ronaldb115031@notify.bestcase.com;9070633420@filings.docketbird.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5